UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **M. M.**, <br><br> Plaintiff, <br><br> vs. <br><br> **COUNTY OF SAN MATEO, ET. AL.**, <br><br> Defendants. | Case No.: 4:18-cv-05396-YGR <br><br> **JUDGMENT** |

The issues in this action having been duly considered, and the Court having granted defendants' Motion for Summary Judgment (Dkt. No. 70), it is **ORDERED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of defendants County of San Mateo, Robert Willett, Devin Crocker, and James Brown and against plaintiff M. M. Plaintiff M. M. shall take nothing by the complaint herein.

**IT IS SO ORDERED.**

Dated: January 16, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**